# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

SCANNED

**Case No.** CV 02-2737-GAF **Date:** May 9, 2002

**Title:** DORRIS, JAMES v. A.P. GREEN SERVICES

**The Honorable Gary Allen Feess, Judge**

Marilynn Morris
**Courtroom Deputy Clerk**

None Present
**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None Present

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None Present

**PROCEEDINGS: (In Chambers)**

In December 2001, Judge Wolin provisionally transferred all "Friction Product Claims" relating to the bankruptcy proceeding In re Federal-Mogul Global, Inc., No. 01-10578, et al., to the United States District Court for the District of Delaware, pending final resolution of a motion to transfer venue pursuant to 28 U.S.C. § 157(b)(5). As the "Friction Product Claims" subject to the provisional transfer orders include the claims currently before this Court, the Court concludes this matter has been provisionally transferred to the District of Delaware.

Accordingly, the Court **ORDERS A STAY OF ALL PROCEEDINGS** pending further order from that court. Moreover, all motions presently before this Court are hereby **DENIED WITHOUT PREJUDICE** to refiling in the proper forum.

IT IS SO ORDERED.

ENTERED ON ICMS
MAY 10 2002
CV

13


Initials of Courtroom Deputy Clerk